

| | **MEMO ENDORSED** |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

November 17, 2020

BY ECF

Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  Myla Gotay v. Comm'r of Soc. Sec.
20 Civ. 5650 (KPF)

Dear Judge Failla:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on November 19, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until January 19, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:  _____s/ *Susan D. Baird*_____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Howard D. Olinsky, Esq.

Application GRANTED.

Dated:    November 17, 2020
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE